AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Amy Anderson, who's true name is Carna Anderson
was received by me on *(date)*  January 4, 2022

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address ; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* January 4, 2022 at 2:30pm at Revegatation Services located at 6955 E. Baseline Avenue, Suite 101, Mesa, AZ 85209. Darrell K. Anderson, who resides in Heber, AZ with his spouse, Carna Anderson, provided phone authorization for me to leave the copies of the summons and ancillary documents for Amy Anderson with Jake Anderson. Jake is the son of Darrell and Carna Anderson. In addition, Jake provided email addresses so I emailed pdf copies of the documents to both Jake and Darrell Anderson.

My fees are $  16.20   for travel and $  45.75   for services, for a total of $  61.95   .

I declare under penalty of perjury that this information is true.

Date:  January 5, 2022

*Server's signature*

Mark Hepp (#7803)/ LegalServe
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: VERIFIED COMPLAINT; CIVIL COVER SHEET; NOTICE, CONSENT, AND ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ORDER RE: MOTIONS.